1  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN: 146505)
2  Richard L. Stuhlbarg (SBN: 180631)
3  970 West 190th Street, Suite 700
   Torrance, California 90502
4  Tel No:   310/ 768-3068
   Fax No:   310/ 719-1019
5
6  BOWMAN AND BROOKE LLP
   Michael J. Hurvitz (SBN: 249050)
7  Ian G. Schuler (SBN:  275052)
   750 B. Street, Suite 1740
8  San Diego, CA 92101
   Tel No:   619/ 376-2500
9  Fax No:  619/ 376-2501
10
11 Attorneys for Defendant
   BMW OF NORTH AMERICA, LLC
12
13            **UNITED STATES DISTRICT COURT**
14            **SOUTHERN DISTRICT OF CALIFORNIA**

15 MICHAEL JENSEN, an               )    **CASE NO.:  3:18-cv-00103-WQH-WVG**
   individual;                      )
16                                  )    **(Removed from San Diego County**
                                    )    **Superior Court Case No. 37-2017-**
17            Plaintiff,            )    **00029898-CU-BC-CTL)**
                                    )
18    vs.                           )    Judge: William Q. Hayes
                                    )    Magistrate:  Judge William V. Gallo
19                                  )
20 BMW OF NORTH AMERICA,            )    **MOTION TO REMOVE THE IMAGE**
   LLC, a corporation; and DOES 1   )    **OF EXHIBIT F FROM DEFENDANT'S**
21 through 10, inclusive,           )    **NOTICE OF REMOVAL (ECF NO. 1)**
                                    )
22            Defendants.           )    Action Filed:
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )

26         TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

27         PLEASE TAKE NOTICE that Defendant BMW of North America, LLC

28 ("BMW NA") hereby moves this Court to remove the image of Exhibit F from the

                                    1

declaration of Michael J. Hurvitz in support of its Notice of Removal (ECF No. 1) filed January 16, 2018.

### MEMORANDUM OF POINTS AND AUTHORITIES

BMW NA submits the following memorandum of points and authorities in support of its motion to remove the image of Exhibit F to the declaration of Michael J. Hurvitz in support of its Notice of Removal.

### I.  INTRODUCTION

On January 16, 2018, BMW NA filed a Notice of Removal, Declaration of Michael J. Hurvitz and supporting exhibits. Exhibit F to the Declaration of Michael J. Hurvitz included the Retail Installment Contract, one page of which contained plaintiff's Social Security number, complete date of birth and salary information. This page was inadvertently included in the exhibit without redaction. Upon discovery of this oversight, BMW NA immediately contacted the Court and brought this motion.  BMW NA, accordingly, requests the Court remove the image of Exhibit F from the Court's record.

### II.  ARGUMENT

#### A. BMW NA's Motion is Consistent with the Requirements of Federal Rule of Civil Procedure 5.2

Federal Rule of Civil Procedure 5.2 required redaction of certain information in publicly filed documents including social security information and the year of the individual's birth. In Exhibit F to the Declaration of Michael J. Hurvitz, one page contained plaintiff's Social Security number, complete date of birth and salary information without redaction.  This was the result of an oversight in the process of preparing the documents for filing. Upon discovery of the oversight, BMW NA has immediately submitted this motion to remove the image from the Court's record.

2

### III.   CONCLUSION

BMW NA included several exhibits in support of its Notice of Removal, filed January 16, 2018 (ECF No. 1).  One such exhibit inadvertently included a page containing the date of birth, Social Security number and salary information of plaintiff without redaction.   Upon the discovery of this oversight, BMW NA promptly brought this motion to remove the image of Exhibit F from the Court's record. BMW NA apologizes to the Court and plaintiff for the inconvenience and respectfully request the Court remove the image from the Court's record.

                                        Respectfully submitted,

                                        BOWMAN AND BROOKE LLP


Date: April 16, 2018                    By:/s/ Michael J. Hurvitz
                                            Brian Takahashi
                                            Richard L. Stuhlbarg
                                            Michael Hurvitz
                                            Ian G. Schuoler
                                            Attorneys for Defendant
                                            BMW OF NORTH AMERICA, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 16th day of April, 2018, I electronically filed the foregoing documents with the Clerk of this Court, using the CM/ECF System. In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 16, 2018, at San Diego, California.

BOWMAN AND BROOKE LLP


By:  /s/ *Michael J. Hurvitz*
  Brian Takahashi
  Richard L. Stuhlbarg
  Michael J. Hurvitz
  Ian G. Schuler
  Attorneys for Defendant
  BMW OF NORTH AMERICA, LLC

CASE NO.: 3:18-cv-00103-WQH-WVG