UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>                              Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC;<br>BRECHT ENTERPRISES, INC. dba<br>BWM OF ESCONDIDO; and DOES 1-<br>100, inclusive,<br><br>                              Defendants. | Case No.:  18cv103-WQH (NLS)<br><br>**ORDER RESETTING MANDATORY<br>SETTLEMENT CONFERENCE** |

Due to a conflict in the Court's calendar, the Court **RESETS** the Mandatory Settlement Conference for <u>**October 25, 2018**</u> at <u>**2:30 p.m.**</u>

**IT IS SO ORDERED.**

Dated:  May 15, 2018

Hon. Nita L. Stormes
United States Magistrate Judge

1