1  Christine Haw (SBN 289351)
   chaw@slpattorney.com
2  Carey B. Wood (SBN 292447)
   cwood@slpattorney.com
3  **STRATEGIC LEGAL PRACTICES**
   **A PROFESSIONAL CORPORATION**
4  1840 Century Park East, Suite 430
   Los Angeles, CA 90067
5  Telephone: (310) 929-4900
   Facsimile: (310) 943-3838

6  Attorneys for Plaintiff

7  Michael Hurvtiz (SBN 249050)
8  **BOWMAN AND BROOKE, LLP**
9  740 B St., Suite 1740
   San Diego, Ca 92101
10 Telephone:   (619) 376-2500
   Facsimile:   (619) 376-2501

11
12 Attorneys for Defendant
   BMW OF NORTH AMERICA, LLC

13

14

15

16

17                    **UNITED STATES DISTRICT COURT**

18                **SOUTHERN DISTRICT OF CALIFORNIA**

19 | MICHAEL JENSEN,                    | Case No. 18-cv-00103-WQH-WVG |
20 |                                    |                              |
   |                 Plaintiff,         | [Assigned to Hon. William Hayes] |
21 |                                    |                              |
22 |        vs.                         |                              |
23 | BMW OF NORTH AMERICA, LLC;         | **JOINT MOTION TO CONTINUE** |
   | and DOES 1 through 10, inclusive,  | **NON-EXPERT DISCOVERY**     |
24 |                                    | **CUT-OFF DATE**             |
25 |                 Defendants.        |                              |
26
27
28

                                    1

1    Plaintiff MICHAEL JENSEN ("Plaintiff") and Defendant BMW OF NORTH

2    AMERICA, LLC ("Defendant") ("collectively, the "Parties"), by and through their

3    respective counsel of record, hereby submit the following joint motion and Proposed

4    Order to the Court, which establishes good cause for the Court to continue the non-

5    expert discovery cut-off date presently set for September 28, 2018.

6    Plaintiff filed this matter on August 14, 2017 in the San Diego Superior Court.

7    On January 17, 2018 Defendant removed this action to the United States District

8    Court and the case was assigned to the Honorable William Hayes. The final pre-trial

9    hearing date is currently set for June 21, 2019.

10    The Parties have been diligently engaging in discovery of this matter.

11    However, due to scheduling conflicts, the parties have been unable to complete

12    essential discovery before that date. As such, the Parties have not completed their

13    crucial non-expert discovery, including the deposition of the Person Most

14    Knowledgeable of Defendant's authorized dealership, BMW of Escondido, the

15    technicians that serviced Plaintiff's vehicle, and the inspection of Plaintiff's vehicle.

16    The parties are meeting and conferring on agreeable dates.

17    The Parties will be severely prejudiced if the discovery cut-off date is not

18    continued.  The Parties believe that a continuance is necessary to try to resolve this

19    matter and not waste judicial resources.  The Parties show good cause for a

20    continuation of the discovery cut-off date.

21    Based on the forgoing, **IT IS HEREBY STIPULATED** by and between the

22    parties, through their respective attorneys of record, as follows:

23    1.    The parties submit that good cause exists to continue the discovery cut-

24    off date presently set for September 28, 2018, for the limited purpose of conducting

25    a vehicle inspection and deposing the Person Most Qualified for BMW of

26    Escondido, as well as individual technicians whose depositions have already been

27    noticed.

28

2

JOINT MOTION

1    2.    No party will be prejudiced by this continuance.

2    3.    This is the Parties' first request for a continuance of the discovery cut-off

3    date.

4    4.    The Parties will be severely prejudiced if they are not able to complete the

5    necessary non -expert discovery to allow progression and resolution of this case.

6    5.    The parties by and through their respective attorneys of record hereby

7    stipulate to extend the non-expert discovery cut-off date for 60 days for the limited

8    purpose of conducting a vehicle inspection and deposing  BMW of Escondido personnel

9    whose depositions have already been noticed (unless otherwise ordered by the Court).

10

11    Dated:  September 10, 2018        STRATEGIC LEGAL PRACTICES, APC

12

13                                      By:  /s/ Carey Wood
                                        Carey Wood
14                                      Attorney for Plaintiff MICHAEL JENSEN

15                                      Registered participant of ECF

16

17    Dated:  September 10, 2018        BOWMAN & BROOKE

18

19                                      By: /s/ Michael Hurvitz
                                        Michael Hurvitz
                                        Attorneys for Defendant BMW, NA
20
                                        Registered participant of ECF
21

22

23

24

25

26

27

28

JOINT MOTION

1    **<u>SIGNATURE ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)</u>**

2    Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the other

3    signatory listed, and on whose behalf the filing is submitted, concurs in the

4    filing's content and has authorized this filing.

5

6    Dated:  September 10, 2018              STRATEGIC LEGAL PRACTICES, APC

7                                           By: /s/ Carey Wood
                                               _____
8                                               Carey Wood
                                                Attorneys for Plaintiff MICHAEL JENSEN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT MOTION

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on September 26, 2018, I filed the foregoing document

3

entitled JOINT MOTION TO CONTINUE NON-EXPERT DISCOVERY CUT-

4

OFF DATE with the clerk of court using the CM/ECF system, which will send a

5

notice of electronic filing to all counsel of record in this action.

6

7

*/s/ Carey Wood*

8

Carey Wood

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION