1
2
3
4
5

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 18-cv-00103-WQH-WVG<br><br>[Assigned to Hon. William Hayes]<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF DATE** |

The Court has reviewed the Parties' Joint Motion to Continue the Non-Expert Discovery Cut-Off Date. (the Motion"). Good cause appearing the Motion is **GRANTED**. The non-expert discovery cut-off date is extended to November 27, 2018.

**IT IS SO ORDERED.**

Dated: September 26, 2018   By: _____
Honorable Judge William V. Gallo
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I filed the foregoing document entitled **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF DATE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Carey Wood*
Carey Wood