UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>                          Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; BRECHT ENTERPRISES, INC. dba BWM OF ESCONDIDO; and DOES 1-100, inclusive,<br><br>                         Defendants. | Case No.: 18cv103-WQH (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FACT DISCOVERY CUT-OFF DATE**<br><br>**[ECF No. 33]** |

      Before the Court is the parties' joint motion to continue the fact discovery cut-off date, currently set for September 28, 2018. ECF No. 33. The parties represent that despite their diligent efforts, they have not been able to complete all discovery, in particular the following: (1) the deposition of the Person Most Knowledgeable of Defendant's authorized dealership, BMW of Escondido, (2) the depositions of the individual technicians that serviced Plaintiff's car, and (3) an inspection of Plaintiff's vehicle. *Id.* at 2. The parties state that the depositions have already been noticed. *Id.* This is the parties' first request for a continuance.

      The Court **GRANTS** the requested extension. The parties shall have until

**November 28, 2018** to complete only the following discovery: (1) the deposition of the Person Most Knowledgeable of Defendant's authorized dealership, BMW of Escondido, (2) the depositions of the individual technicians that serviced Plaintiff's car, and (3) an inspection of Plaintiff's vehicle.

**IT IS SO ORDERED.**

Dated:  September 27, 2018

/s/ Nita L. Stormes
Hon. Nita L. Stormes
United States Magistrate Judge