UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>                Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; BRECHT ENTERPRISES, INC. dba BWM OF ESCONDIDO; and DOES 1-100, inclusive,<br><br>                Defendants. | Case No.: 18cv103-WQH (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 40]** |

    Before the Court is the parties' joint motion to continue the Mandatory Settlement Conference ("MSC"), currently set for October 25, 2018. ECF No. 40. The parties represent that Plaintiff's counsel has a conflict with the date and that they are still engaged in fact and expert discovery such that additional time would assist both parties in preparation for possible settlement discussions. *Id.* at 2.

    Good cause appearing, the Court **GRANTS** the motion. The MSC currently scheduled for October 25, 2018 is **VACATED**. The Court **RESETS** the MSC for **May 1, 2019** at **2:30 p.m.** Counsel shall lodge confidential settlement briefs directly to

1

1 | chambers by **April 24, 2019**.

2 | IT IS SO ORDERED.

3 | Dated:  October 24, 2018

Hon. Nita L. Stormes
United States Magistrate Judge

2