CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
MONICA Y. HERNANDEZ (302509)
monica.hernandez@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fx: (619) 400-0501

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>             Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 3:18-CV-00103-WQH-NLS<br><br>**NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION BY DEFENDANT BMW OF NORTH AMERICA, LLC TO CONTINUE DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>District Judge: Hon. W. Q. Hayes<br>Magistrate Judge: Hon. N. L. Stormes |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7.1 and Honorable Nita L. Stormes's Civil Case Procedures II and III, Defendant BMW of North America, LLC ("BMW NA"), by and through its counsel of record, hereby applies to this Court for an order continuing the deadline for joint motion for determination of discovery dispute from November 13, 2018, to December 13, 2018.

///

///

This Application is based on this Application, the accompanying Memorandum, the Declaration by Monica Y. Hernandez, the pleadings and other papers filed in this action, and of all matters of which the Court may take judicial notice.

Dated: November 8, 2018                DINSMORE & SHOHL LLP


By: *s/ Monica Y. Hernandez*
    CHRISTOPHER CELENTINO
    MONICA Y. HERNANDEZ

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# CERTIFICATE OF SERVICE

I certify that on the date specified below, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Christine Haw
Carey Wood
Dara Tabesh
Strategic Legal Practices
A Professional Corporation
1840 Century Park East, Suite 430
Los Angeles, CA 90067
T: 310-929-4900
F: 310-943-3838

Attorneys for Plaintiff, MICHAEL JENSEN

Dated: November 8, 2018         *s/ Monica Y. Hernandez*
                                Monica Y. Hernandez