CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
MONICA Y. HERNANDEZ (302509)
monica.hernandez@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fx: (619) 400-0501

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENSEN,<br><br>            Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 3:18-CV-00103-WQH-NLS<br><br>**DECLARATION OF MONICA Y. HERNANDEZ IN SUPPORT OF *EX PARTE* APPLICATION BY DEFENDANT BMW OF NORTH AMERICA, LLC TO CONTINUE DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>District Judge: Hon. W. Q. Hayes<br>Magistrate Judge: Hon. N. L. Stormes |

I, Monica Y. Hernandez, declare as follows:

1.   I am an attorney licensed before all the Courts in the State of California and the United States District Court for the Southern District of California. I am an attorney at Dinsmore & Shohl LLP. My law firm, Dinsmore & Shohl LLP, became the law firm of record for BMW of North America, LLC ("BMW NA") in this matter on November 6, 2018. I make this declaration based on my personal knowledge and the facts known to me. I believe those details stated on information

///

are true and correct to the best of my knowledge. If I were called to testify to the contents of this declaration, I could and would completely and honestly testify thereto.

2. On October 29, 2018, Honorable Judge Nita L. Stormes issued an Order Denying Defendant's Ex Parte Motion For Court To Bar Plaintiff's Discovery Dispute as Untimely, wherein Judge Stormes ordered the parties to further meet and confer by November 6, 2018, and if any issues remain in dispute after the meet and confer, the parties shall engage in the joint motion practice and submit their joint motion for determination of discovery dispute by November 13, 2018.

3. On November 6, 2018 Dinsmore & Shohl LLP substituted in as counsel for BMW of North America, LLC in this matter. A true and correct copy of substitution of counsel is attached hereto as **Exhibit A**.

4. On November 2, 2018, current counsel for BMW NA received partial file materials from prior counsel.

5. On November 6, 2018, the parties met and conferred per Judge Stormes's Order Denying Defendant's Ex Parte Motion For Court To Bar Plaintiff's Discovery Dispute as Untimely. Dinsmore & Shohl LLP provided notice of the substance of the ex parte application for a 30-day continuance of the November 13, 2018 deadline to submit the parties' joint motion for determination of discovery dispute, based upon BMW NA's new association of counsel, partial receipt of file materials from prior counsel, and need for time to adequately discuss the matter with BMW NA. Plaintiff's counsel, Dara Tabesh, stated he would provide Plaintiff's position with respect to the proposed 30-day continuance of the November 13, 2018 deadline to submit the parties' joint motion for determination of discovery dispute by 11:00 a.m. the following day.

6. On November 7, 2018, after not hearing from Plaintiff's counsel, defense counsel sent Plaintiff's counsel an e-mail at 11:45 a.m. requesting Plaintiff's counsel provide Plaintiff's position with respect to BMW NA's proposed 30-day

DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION BY DEFENDANT BMW OF NORTH AMERICA, LLC

continuance of the November 13, 2018 deadline to submit the parties' joint motion for determination of discovery dispute. A true and correct of the November 7, 2018 correspondence is attached hereto as **Exhibit B**.

7. On November 7, 2018, at approximately 12:19 p.m., Plaintiff's counsel left a voicemail message stating Plaintiff would only agree to a 30-day continuance if it also included a 30-day continuance for (1) expert report deadline of December 7, 2018, (2) rebuttal report deadline of December 21, 2018, (3) "a November 24 or 25 date for close of fact discovery with respect to a few specific matters." Plaintiff's counsel stated there might be a few other dates.

8. On November 7, 2018, at 12:47 p.m., Plaintiff's counsel sent defense counsel an e-mail stating Plaintiff was agreeable to BMW NA's proposed continuance, so long as the following deadlines were also continued for 30 days: (1) expert report deadline of December 7, 2018, (2) supplemental expert report deadline of December 21, 2018, (3) expert discovery cutoff of January 21, 2019, (4) extended fact discovery deadline of November 28, 2018, and (5) the pretrial motion deadline of February 21, 2019. A true and correct copy of the November 7, 2018 correspondence is attached hereto as **Exhibit C**.

9. On November 7, 2018, at 4:13 p.m., defense counsel responded stating BMW NA was unable to agree to Plaintiff's revised terms. In defense counsel's November 7, 2018 correspondence, defense counsel timely provided notice of this ex parte application. A true and correct copy of the November 7, 2018 correspondence providing notice is attached hereto as **Exhibit D**.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 8th day of November, 2018.

By: *s/ Monica Y. Hernandez*
Monica Y. Hernandez

3   Case No.: 3:18-CV-00103-WQH-NLS
**DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION BY DEFENDANT BMW OF NORTH AMERICA, LLC**

## CERTIFICATE OF SERVICE

I certify that on the date specified below, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Christine Haw
Carey Wood
Dara Tabesh
Strategic Legal Practices
A Professional Corporation
1840 Century Park East, Suite 430
Los Angeles, CA 90067
T: 310-929-4900
F: 310-943-3838

Attorneys for Plaintiff, MICHAEL JENSEN

Dated: November 8, 2018         *s/ Monica Y. Hernandez*
                                Monica Y. Hernandez