Christine Haw (SBN 289351)
e-mail: chaw@slpattorney.com
Carey Wood (SBN 292447)
e-mail: chaw@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Tel: (310) 929-4900
Fax: (310) 943-3838
Attorneys for Plaintiff MIKE JENSEN

CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
MONICA Y. HERNANDEZ (302509)
monica.hernandez@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
T: (619) 400-0500
F: (619) 400-0501
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE JENSEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>          Defendant. | **CASE NO.:  18-cv-103-WQH-NLS**<br><br>[Honorable Nita L. Stormes]<br><br>**NOTICE OF MOTION AND MOTION FOR JOINT DETERMINATION OF DISCOVERY DISPUTE** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 37(a)(3)(B), Southern District of California Local Rule 26.1.e, and Judge Stormes' Standing Order, Plaintiff Mike Jensen and Defendant BMW of North America, LLC, hereby move the Court for a Joint Determination of Discovery Dispute.

This Motion is based on this Notice of Motion; the Joint Memorandum; the Joint Statement; the supporting Declaration Carey Wood in support of Plaintiff and attached exhibits; the Supporting Declarations of Monica Hernandez and Jose Conde in support of Defendant and attached exhibits; the pleadings and papers on file herein; and on any other matter that may be presented to the Court at or before any hearing, should one be ordered by the Court, on this matter.

Dated: November 30, 2018     Strategic Legal Practices, APC

By: /CAREY WOOD/

Carey Wood
Attorneys for Plaintiff
MIKE JENSEN

Dated: November 30, 2018     Dinsmore & Shohl, LLP

By: /MONICA HERNANDEZ/

Monica Hernandez
Christopher Celentino
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC