Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Christine J. Haw (SBN 289351)
chaw@slpattorney.com
Caitlin J. Scott (SBN 310619)
cscott@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Michael H. Rosenstein (SBN 169091)
mrosenstein@rose-lawoffice.com
**LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**
10250 Constellation Blvd. Ste. 2500
Los Angeles, CA 90067
Telephone: (310) 286-0275
Facsimile: (310) 286-0274

Dara Tabesh (SBM 230434)
dara.tabesh @ecotechlaw.com
**ECOTECH LAW GROUP, P.C.**
5 Third St., Suite 700
San Francisco, CA 94103
Telephone: (415) 651-8639
Facsimile: (415) 503-9194

Attorneys for Plaintiff MIKE JENSEN

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE JENSEN,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 18-CV-103-WQH-NLS<br><br>[Honorable Nita L. Stormes]<br><br>**PLAINTIFF'S NOTICE OF *EX PARTE* APPLICATION TO AMEND THE SCHEDULING ORDER AND/OR CONTINUE THE MANDATORY SETTLEMENT CONFERENCE DUE TO UNAVAILABLITYOF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Mike Jensen will, and hereby does, move, *ex parte*, to amend the Scheduling Order pursuant to Rule 16(b) and to continue the Mandatory Settlement Conference.

Good cause exists to continue the pretrial dates and reopen expert discovery because of BMW's sustained pattern of discovery misconduct. To date, after two motions for sanctions filed by Plaintiff (the latter still pending), and countless instances of BMW's bad faith during the meet-and-confer process, BMW's production remains incomplete; and even as to the limited discovery already produced, most of that is compromised because BMW stripped that discovery of key data, undermining that data's usefulness. In light of BMW's willful disobedience to the Court's orders and refusal to produce documents that are critical to proving Plaintiff's claims, Plaintiff seeks a continuance of the pretrial dates by approximately 90 days, and a reopening of expert discovery so that Plaintiff's expert may evaluate and rely on the discovery that BMW must still produce pursuant to the Court's Discovery Order.

Further, good cause exists to continue the Mandatory Settlement Conference ("MSC"). On May 14, 2019, the Court reset the MSC for May 29, 2019. (*See* Dkt. No. 92.) On or around May 29, however, Plaintiff's lead trial counsel, Michael Rosenstein, will be engaged in two other trials and therefore unavailable to attend the MSC. A brief continuance of the MSC is therefore necessary to allow Plaintiff's lead trial counsel to attend the MSC. Plaintiff could not have earlier sought a continuance of the MSC because he only learned of the new MSC date recently.

Finally, good cause exists for relief on an *ex parte* basis. The need for the amendment to the Scheduling Order is due solely to BMW's bad faith conduct. By contrast, Plaintiff has been diligent in prosecuting this action, as evidenced by, among other things, the filing of a motion to compel, as well as two motions for sanctions, because BMW refuses to comply with the Court's order to produce responsive

discovery. If the dates are not continued, Plaintiff risks irreparable harm to his ability to prepare for trial, not least of which because BMW has deprived him of evidence critical to his prosecution of this case.

This application is based upon this notice; the memorandum of points and authorities; the declaration of Dara Tabesh; the Court's record of this action; all matters of which the Court may take notice; and such documentary and oral evidence received by the Court in connection with the application.

Dated: May 17, 2019

Respectfully submitted,

EcoTech Law Group, P.C.

By: /DARA TABESH/
Dara Tabesh
Attorneys for Plaintiff Mike Jensen