Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Christine J. Haw (SBN 289351)
chaw@slpattorney.com
Caitlin J. Scott (SBN 310619)
cscott@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Michael H. Rosenstein (SBN 169091)
mrosenstein@rose-lawoffice.com
**LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**
10250 Constellation Blvd. Ste. 2500
Los Angeles, CA 90067
Telephone: (310) 286-0275
Facsimile: (310) 286-0274

Dara Tabesh (SBM 230434)
dara.tabesh@ecotechlaw.com
**ECOTECH LAW GROUP, P.C.**
5 Third St., Suite 700
San Diego, CA 92101
Telephone: (415) 651-8639
Facsimile: (415) 503-9194

Attorneys for Plaintiff MIKE JENSEN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE JENSEN, | Case No.: 18-CV-103-WQH-NLS |
| Plaintiff, | [Honorable Nita L. Stormes] |
| vs. | **DECLARATION OF MICHAEL H. ROSENSTEIN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO AMEND THE SCHEDULING ORDER** |
| BMW OF NORTH AMERICA, LLC, | |
| Defendants. | |

# DECLARATION OF MICHAEL H. ROSENSTEIN

I, Michael H. Rosenstein, declare:

1. I am an attorney admitted to the Bar of the State of California and the United States District Court, Southern District of California. I am counsel of record for Plaintiff Mike Jensen in the above-captioned action. Unless the context indicates otherwise, I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Plaintiff's *Ex Parte* Motion to Amend the Scheduling Order.

3. I am the founder of the Law Offices of Michael H. Rosenstein, LC.

4. I am Lead Trial Counsel in this matter and responsible for this litigation. I was retained, in part, for the purpose serving as Lead Trial Counsel in this matter.

5. I am also Lead Trial Counsel in two other matters scheduled for trial around the time of the May 29 Mandatory Settlement Conference in this matter. Specifically, I represent plaintiff in *Bilotta v. BMW of North America, LLC*, Case No. BC672413 (Los Angeles Superior Court), which is scheduled to begin trial on May 28, 2019. I also represent plaintiff in *Badwal v. BMW of North America, LLC*, Case No. BC672463 (Los Angeles Superior Court), which is scheduled to begin trial immediately thereafter, on June 3, 2019. This trial is expected to last 5-7 court days.[1]

6. Given my status as Lead Trial Counsel, and given my experience litigating against BMW of North America, LLC (as in the two trials referenced above), I believe my participation in the Mandatory Settlement Conference on May 29 is vital to representing the Plaintiff's best interests and can provide the

---

[1] In addition to these two cases, I am involved in multiple other cases involving BMW's defective N-63 engine defect.

1

Court with necessary information that will be helpful at the Mandatory Settlement Conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2019, in Los Angeles, California.

Michael H. Rosenstein, Esq.

---

ROSENSTEIN DECLARATION IN SUPPORT OF *EX PARTE* MOTION TO AMEND SCHEDULING ORDER