1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE JENSEN, | Case No.: 18-CV-103-WQH-NLS |
| Plaintiff, | [Honorable Nita L. Stormes] |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO AMEND SCHEDULING ORDER AND CONTINUE THE MANDATORY SETTLEMENT CONFERENCE DUE TO UNAVAILABLITYOF COUNSEL** |
| BMW OF NORTH AMERICA, LLC, | |
| Defendants. | |

# ORDER

The Court has read and considered Plaintiff's *Ex Parte* Application to Amend Scheduling Order ("Application") and the pleadings and papers on file therein.

GOOD CAUSE APPEARING, the Court hereby grants the Application and (1) continues pretrial deadlines by approximately 90 days, and (2) reopens expert discovery, with the first disclosures on July 16, 2019, as follows:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Expert disclosures. | December 21, 2018 | July 16, 2019 |
| Rebuttal expert disclosures. | January 11, 2019 | July 23, 2019 |
| Expert discovery cutoff. | February 8, 2019 | August 13, 2019 |
| Comply with pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3). | May 24, 2019 | August 22, 2019 |
| Deadline for parties to meet and take the action required by Local Rule 16.1(f)(4). | May 31, 2019 | August 29, 2019 |
| Plaintiff to provide defense counsel with Plaintiff's portion of pre-trial order. | June 7, 2019 | September 5, 2019 |
| Serve and Lodge with Judge Hayes the parties' Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosure. | June 14, 2019 | September 12, 2019 |

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO AMEND SCHEDULING ORDER**

| Pre-trial conference before Judge Hayes. | June 21, 2019 | September 19, 2019 |

Further, the Mandatory Settlement Conference, currently scheduled for May 29, 2019, is continued to [a date that is between three to four weeks before the Pre-Trial Conference, as is currently the case] [or any other date convenient to the Court, taking into consideration the availability of Plaintiff's lead trial counsel, Michael Rosenstein of the Law offices of Michael H. Rosenstein, LS].

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Nita L. Stormes

United States Magistrate Judge

---

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO AMEND SCHEDULING ORDER**