1  Payam Shahian (SBN 228406)
   pshahian@slpattorney.com
2  Christine J. Haw (SBN 289351)
   chaw@slpattorney.com
3  Caitlin J. Scott (SBN 310619)
   cscott@slpattorney.com
4  **STRATEGIC LEGAL PRACTICES**
   **A PROFESSIONAL CORPORATION**
5  1840 Century Park East, Suite 430
   Los Angeles, CA 90067
6  Telephone: (310) 929-4900
   Facsimile: (310) 943-3838
7
8  Michael H. Rosenstein (SBN 169091)
   mrosenstein@rose-lawoffice.com
9  **LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**
   10250 Constellation Blvd. Ste. 2500
10 Los Angeles, CA 90067
   Telephone: (310) 286-0275
11 Facsimile: (310) 286-0274
12 Dara Tabesh (SBM 230434)
   dara.tabesh @ecotechlaw.com
13 **ECOTECH LAW GROUP, P.C.**
   5 Third St., Suite 700
14 San Francisco, CA 94103
   Telephone: (415) 651-8639
15 Facsimile: (415) 503-9194
16 Attorneys for Plaintiff MIKE JENSEN
17
18              **UNITED STATES DISTRICT COURT**
19              **SOUTHERN DISTRICT OF CALIFORNIA**
20 MIKE JENSEN,                    Case No.: 18-CV-103-WQH-NLS
21         Plaintiff,              [Honorable Nita L. Stormes]
22     vs.                         **DECLARATION OF DARA TABESH IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO AMEND THE SCHEDULING ORDER AND/OR CONTINUE THE MANDATORY SETTLEMENT CONFERENCE DUE TO UNAVAILABLITYOF COUNSEL**
23 BMW OF NORTH AMERICA, LLC,
24         Defendants.
25
26
27
28

                              0

**TABESH DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION TO AMEND SCHEDULING ORDER**

## DECLARATION OF DARA TABESH

I, Dara Tabesh, declare:

1.       I am an attorney admitted to the Bar of the State of California and the United States District Court, Southern District of California.  I am counsel of record for Plaintiff Mike Jensen in the above-captioned action.  Unless the context indicates otherwise, I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

2.       I submit this declaration in support of Plaintiff's *Ex Parte* Application to Amend Scheduling Order.

3.       On May 15, 2019, Plaintiff provided notice of this *Ex Parte* Motion to BMW by email, with Plaintiff setting forth the proposed amendments to the case schedule and the bases for the same.  Attached as **Exhibit A** hereto is a true and correct copy of the May 15, 2019 email.

4.       Plaintiff and BMW briefly conferred by telephone later that day, with BMW stating that it would provide a response to Plaintiff by the following day, and with Plaintiff confirming that it intended to file this motion by the end of the following day.  Attached as **Exhibit B** hereto is a true and correct copy of the corresponding email.

5.       BMW provided its response to Exhibit B, stating its intention to oppose this *Ex Parte* Motion, including continuing the Mandatory Settlement Conference date due to Plaintiff's Lead Trial Counsel's unavailability on the recently re-sent Mandatory Settlement Conference date of May 29. Attached as **Exhibit C** hereto is true and correct copy of the corresponding email. Despite it's statement of opposition, BMW did seek, as an alternative, to seek continuance of the pre-trial deadline so that it could be amended such that BMW would be permitted to re-file its Motion for Summary Judgment, even though Judge Hayes had taken it off calendar and instructed BMW to file a motion showing good cause to re-file if BMW intended to have the motion heard. Further, despite its statement

1

1    of opposition to continuing the expert discovery deadlines, BMW ignores the fact

2    that it has, in the past two weeks, aggressively sought to depose Plaintiff's expert

3    by serving a notice of deposition on him and in written correspondence with, *inter*

4    *alia*, me. In doing so, BMW has not sought to continue the expert discovery

5    deadlines by showing good cause, but opposes Plaintiff's attempt to do so via this

6    Motion.

7          6.      Plaintiff responded to Exhibit C, acknowledging BMW's opposition

8    to this motion, stating that Mr. Rosenstein is required at the Mandatory Settlement

9    Conference, per the Court's scheduling order, and rejecting BMW's attempt to

10   piggy back "good cause" to bring its Motion for Summary Judgment with

11   Plaintiff's showing of good cause via this Motion, because BMW should not be

12   able to use its repeated violations of Court orders to establish good cause. Attached

13   as **Exhibit D** hereto is true and correct copy of the corresponding email.

14         7.      Plaintiff's expert, Mr. Gregory J. Barnett, served his expert report on

15   December 21, per the Court's deadline for expert disclosures. Attached as **Exhibit**

16   **E** hereto is true and correct copy of this report. On page 2 of his report, he states

17   that he "may, pursuant to Rule 26 E of the Federal Rules of Civil Procedure,

18   supplement, update or modify this report at a later date based upon additional

19   documents and/or information."

20         8.      On April 25, 2019, BMW served a notice of deposition on Plaintiff's

21   expert, Mr. Gregory J. Barnett. Attached as **Exhibit F** hereto is true and correct

22   copy of this Notice of Deposition.

23         I declare under penalty of perjury under the laws of the United States of

24   America that the foregoing is true and correct. Executed on May 17, 2019 in San

25   Francisco, California.

26

27                                                  /DARA TABESH/
                                                    Dara Tabesh, Esq.

28

**TABESH DECLARATION IN SUPPORT OF *EX PARTE* MOTION TO AMEND SCHEDULING ORDER**